# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00745-CV

**North Carolina Furniture Direct I, Ltd., d/b/a North Carolina Furniture Direct and North Carolina Furniture Direct Ltd., Co., Appellant**

**v.**

**Edison Cement Corp. d/b/a Edison Furniture Co., Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 15-2305, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants North Carolina Furniture Direct I, Ltd., d/b/a North Carolina Furniture Direct and North Carolina Furniture Direct Ltd., Co., have filed an agreed motion to dismiss this appeal. We grant the motion. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed on Appellants' Motion

Filed: June 19, 2019